UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

                                                                                                      Case No. : 16-15078

Jacqueline Stuart                                                 Chapter : 7

Debtor (s)
_____/

## MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter and Order converting this case under Chapter 7 to a case Under Chapter 13 of the Bankruptcy code (Title 11 of the United States Code) on the grounds set forth below.

1. On April 8, 2016 the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. §1112, § 1208 or § 1307.

3. That on or about May 9, 2016, the 341 Meeting of Creditors was held and concluded.

4. That the Trustee in this matter and the undersigned were subsequently made aware that the Debtor was on the title of her deceased ex-boyfriend real property located at 128 Lindenwood Court, Kissimmee, FL and Debtor was also on title for her sons 2012 Kia Sorento.

5. Real Property located at 128 Lindenwood Court, Kissimmee, FL was sold on February 12, 2016 (Please see attached Exhibit "A"). Seller's proceeds from the sale were given to Debtor's deceased ex-boyfriends brother.

6. Although Debtor appeared on title for the 2012 Kia Sorento she did not pay for the car. Attached please find bank statements from Debtor's sons girlfriends account which details the monthly payments to TD Bank and the final payoff of $7,000.00 made by them. (Please see attached Exhibit "B").

7. That due to the increased size in the Debtor's estate, which was previously unknown to the Debtor, the Debtor is unable to repurchase Debtor's interest in the Real and Personal Property.

8. Debtor is willing and able to make Chapter 13 plan payments to allow re-purchase of un exempt real and personal property.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail, to all recipients on the attached list this 12th day of May, 2016.

Robert A Angueira
trustee@rabankruptcy.com,
fl79@ecfcbis.com;tassistant@rabankruptcy.com;lisa@rabankruptcy.com;lillian@rabankruptcy.com
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

/s/ Dayren L. Suarez
Dayren L. Suarez Esq.
FBN: 63336
215 West 49th Street
Hialeah, Florida 33012
(305) 557-4304 Phone
(305) 821-7846 Fax
Primary: dsuarez@miamilawgroup.com
Secondary: ds@miamilawgroup.com

Service List

| | | |
|---|---|---|
| Bank od America | Bank of America | BP Oil / Citibank |
| Nc4-105-03-14 | c/o National Enterprises Systems | Attn: Centralized Bankruptcy |
| Po Box 26012 | 2479 Edison Blvd | Po Box 20507 |
| Greensboro, NC 27410 | Unit A | Kansas City, MO 64195 |
| | Twinsburg, OH 44087 | |
| Calvary Portfolio Services | Chase Card Services | Chase Crad Services |
| 500 Summit Lake Dr | Attn: Correspondence Dept | Po Box 15298 |
| Ste 400 | Po Box 15298 | Wilmington, DE 19050 |
| Valhalla, NY 10595 | Wilmington, DE 19850 | |
| Chase Mtg | Chevron Texaco/ Citicorp | Citi Bank, N.A. |
| Po Box 24696 | Citicorp Credit Svcs/Attn:Centralized Ba | c/o Northland Group, Inc. |
| Columbus, OH 43224 | Po Box 790328 | PO Box 390905 |
| | Saint Louis, MO 63179 | Minneapolis, MN 55439 |
| Citibank/Best Buy | Citibank/Exxon Mobile | Credit First/CFNA |
| Centralized Bankruptcy/CitiCorp Credit | Citicorp Credit Srvs/Centralized Bankru | 6275 Eastland Rd |
| Po Box 790040 | Po Box 790040 | Brookpark, OH 44142 |
| St Louis, MO 63179 | St Louis, MO 36179 | |

| | | |
|---|---|---|
| Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193 | Dell Financial Services, LLC<br>c/o Portfolio Recovery Associates<br>PO Box 12903<br>Norfolk, VA 23541 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 |
| Fed Loan Servicing<br>Po Box 69184<br>Harrisburg, PA 17106 | Fingerhut<br>6250 Ridgewood Rd<br>St Cloud, MN 56303 | Ford Credit<br>National Bankrupcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 |
| Hialeah Hospital<br>c/o Central Financial Control<br>PO Box 66044<br>Anaheim, CA 92816 | Home Depot<br>c/oPortfolio Recovery Associates<br>PO Box 12903<br>Norfolk, VA 23541 | Hsbc/saks<br>Attention: HSBC Retail Services<br>Po Box 5264<br>Carol Stream, IL 60197 |
| Hyundai Finc<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain City, CA 92728 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain City, CA 92728 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Support Group, Unit 1<br>Stop 5730<br>7850 SW 6th Court, Room 165<br>Fort Lauderdale. FL 33318 | J.C. Christensen and Associates, Inc<br>PO Box 519<br>Sauk Rapids, MN 56379 |
| Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201 | Macys<br>c/o ARS National Services, Inc<br>PO Box 469100<br>Escondido, CA 92046 | Memorial Hospital West<br>c/o Complete Collection Services<br>1007 N Federal Highway<br>Unit 280<br>Fort Lauderdale. FL 33304 |
| Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108 | National Auto Finance<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Nordstrom Fsb<br>Correspondence<br>Po Box 6555<br>Englewood, CO 80155 |
| NTB/CBSD<br>CitiCards Private Label Centralized Bank<br>Po Box 20507<br>Kansas City, MO 64195 | Ocwen<br>Attention:  Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | Ocwen Loan Sevicing Llc<br>Attn: Research Dept<br>1661 Worthington Rd   Ste 100<br>West Palm Beach, FL 33409 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | Sallie Mae<br>Attn: Navient<br>Po Box 9500<br>Wilkes-Barr, PA 18873 | Santander Consumer USA<br>Santander Consumer USA<br>Po Box 961245<br>Fort Worth, TX 76161 |

| | | |
|---|---|---|
| Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165 | Select Portfolio Servicing, Inc.<br>PO Box 65450<br>Salt Lake City, UT 84165 | Special Assistant United States<br>Associates Area Counsel (SBSE)-Miami<br>POB 9, Stop 8000<br>51 SW 1st Avenue<br>Miami. FL 33130 |
| Special Assistant United States<br>Associates Area Counsel (SBSE)- Ft. Laud<br>1000 S. Pine Island Road, Suite 300<br>Fort Lauderdale. FL 33324 | Sprint<br> P.O. Box 4600<br>Reston, VA 20195 | Synchrony Bank<br>Po Box 103104<br>Roswell, GA 30076 |
| Synchrony Bank/ HH Gregg<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Synchrony Bank/ JC Penneys<br>Attn: Bankrupty<br>Po Box 103104<br>Roswell, GA 30076 | Synchrony Bank/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 |
| Synchrony Bank/JCP<br>Attn: Bnakruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Synchrony Bank/Mervyns<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | TD Auto Financial<br>Td Auto Finance<br>Po Box 551080<br>Jacksonville, FL 32255 | The Honorable Eric Holder<br>United States Attorney General<br>Department of Justice, Room 4400<br>950 Pennsylvania Avenue N.W.<br>Washington. DC 20530-0001 |
| The Honorable Wilfredo A. Ferrer<br>99 NE 4th Street<br>Miami, FL 33132 | The Tire Choice<br>c/o Credit First National Associates<br>PO Box 81410<br>Cleveland, OH 44181 | Tnb-Visa  (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   PO Box 9475<br>Minneapolis, MN 55440 |
| Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Wells Fargo Home Mtg<br>Written Correspondence Resolutions<br>Mac#X2302-04e Po Box 10335<br>Des Moines, IA 50306 | |

 Hyundai Motor Finance Company
 c/o W Keith Fendrick
 POB 3433
 Tampa, FL 33601